DANIEL DUMONT *v.* UBC, INC.
(AC 20912)

Foti, Dranginis and Hennessy, Js.

Argued June 7—officially released July 3, 2001

Per Curiam. The judgment is affirmed.

BRIAN GILLESPIE *v.* COMMISSIONER OF
CORRECTION
(AC 20682)

Landau, Mihalakos and Dranginis, Js.

Argued June 11—officially released July 10, 2001

Per Curiam. The judgment is affirmed.

DUFFY STARKS *v.* COMMISSIONER OF CORRECTION
(AC 19930)

Foti, Landau and Flynn, Js.

Submitted on briefs June 13—officially released July 10, 2001

Per Curiam. The judgment is affirmed.